# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-1054**                             **September Term, 2022**

FCC-22-22

Filed On: August 15, 2023 [2012569]

Pacific Networks Corp. and ComNet (USA) LLC,

        Petitioners

        v.

Federal Communications Commission and United States of America,

        Respondents

**O R D E R**

        It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                       BY:      /s/
                                   Daniel J. Reidy
                                   Deputy Clerk